UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No.: 5:20-CR-209-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | ORDER TO SEAL |
| ) | (DE 44) |
| RICHARD CEPHAS ) | |
| ) | |

Upon the motion of the defendant and for good cause shown, it is hereby ordered that DE 44 (2022 Medical Records) be sealed until further notice by this Court.

This 14 day of September, 2022.

JAMES C. DEVER III
United States District Judge